No. 489. VAN DEN WYMELENBERG, EXECUTOR *v.*
UNITED STATES. C. A. 7th Cir. Certiorari denied.
*Roger C. Minahan* for petitioner. *Solicitor General
Griswold, Assistant Attorney General Rogovin,* and
*Jonathan S. Cohen* for the United States.

No. 495. FITZWATER *v.* CALIFORNIA. Ct. App. Cal.,
1st App. Dist. Certiorari denied. *Al Matthews* for
petitioner.

No. 497. BORDEN CO. ET AL. *v.* NATIONAL DAIRY
PRODUCTS CORP. C. A. 7th Cir. Certiorari denied.
*Stuart S. Ball* for Borden Co., *R. Howard Goldsmith* for
L. D. Schreiber & Co. et al., and *Charles F. Meroni* for
Safeway Stores, Inc., et al., petitioners. *John T. Chad-
well* for respondent.

No. 493. WOODS *v.* OKLAHOMA. Ct. Crim. App.
Okla. Motion to dispense with printing petition granted.
Certiorari denied. *William L. Anderson* for petitioner.

No. 491. UTILITY USERS LEAGUE ET AL. *v.* FEDERAL
POWER COMMISSION ET AL. C. A. 7th Cir. Motion to
dispense with printing portions of appendix to petition
granted. Certiorari denied. *Harry R. Booth* for peti-
tioners. *Solicitor General Griswold, Richard A. Solo-
mon, Peter H. Schiff, Drexel D. Journey,* and *Israel
Convisser* for Federal Power Commission, and *Charles A.
Bane* and *James E. Knox, Jr.,* for Commonwealth Edison
Co., respondents.

No. 566, Misc. BAKER *v.* MICHIGAN. Sup. Ct. Mich.
Certiorari denied.